IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02119-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may delay the consideration of your claims.**)

ARGEL ANGELES EULOGIO,

     Petitioner,

v.

WARDEN, Denver Contract Detention Facility,
FIELD OFFICE DIRECTOR, Denver Field Office,
MARKWAYNE MULLIN, Secretary, U.S. Dept. of Homeland Security,
TODD LYONS, Acting ICE Director,
TODD BLANCHE, Acting Attorney General, and
DEPARTMENT OF HOMELAND SECURITY,

     Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner Argel Angeles Eulogio is a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. Petitioner has filed *pro se* a "Verified Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief for an Order to Show Cause" and paid the required filing fee. (*See* ECF No. 1).[1] Accordingly, this habeas corpus action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court finds that the submitted document is deficient as described in this order. Therefore, Petitioner

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

1

is directed to cure the following deficiencies to pursue any claims in this action. Any

papers that Petitioner files in response to this order must be labeled with the civil action

number provided on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form (must use the court's current form Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other:

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) _X_ is not on proper form: Petitioner must use the District of Colorado's court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form.
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos.
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _X_ other: Petitioner must submit a single, fully completed habeas corpus application on the court-approved form as one document that contains all claims and allegations.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above within thirty

(30) days from the date of this order. Any papers that Petitioner files in response to this

order must include the civil action number provided at the top of this order. It is

FURTHER ORDERED that Petitioner shall submit his claims on the following District of Colorado form: **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241**.The form, along with the applicable instructions, can be found (with the assistance of a case manager or the facility's legal assistant) at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure all designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the **Clerk's Office** send Petitioner a copy of the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form along with applicable instructions.

DATED May 19, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge