IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02119-RTG

ARGEL ANGELES EULOGIO,

     Petitioner,

v.

WARDEN, Denver Contract Detention Facility,
FIELD OFFICE DIRECTOR, Denver Field Office,
MARKWAYNE MULLIN, Secretary, U.S. Dept. of Homeland Security,
TODD LYONS, Acting ICE Director,
TODD BLANCHE, Acting Attorney General, and
DEPARTMENT OF HOMELAND SECURITY,

     Respondents.

---

## ORDER OF DISMISSAL

---

Petitioner Argel Angeles Eulogio is a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. On May 15, 2026, he initiated this action by filing *pro se* a "Verified Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief for an Order to Show Cause" and paying the required filing fee. (*See* ECF No. 1).

On May 19, 2026, Magistrate Judge Richard T. Gurley ordered Petitioner to cure certain designated deficiencies if he wished to pursue any claims in this action. (ECF No. 3). Specifically, the Court directed Petitioner to file all of his claims on the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form.

1

(*Id.*). He was warned that if he failed to cure the deficiencies within the time allowed, the action would be dismissed without further notice. (*Id.*).

Petitioner has failed to cure the deficiencies as directed within the time allowed, and he has failed to communicate with the Court in any way following the Court's May 19, 2026 Order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies and failure to prosecute.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to cure the deficiencies and failure to prosecute. It is

FURTHER ORDERED that the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied without prejudice for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Petitioner files a notice of appeal, he must also pay the full appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED at Denver, Colorado, this __24th__ day of __June__, 2026.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court