IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02119-LTB

ARGEL ANGELES EULOGIO,

     Petitioner,

v.

WARDEN, Denver Contract Detention Facility,
FIELD OFFICE DIRECTOR, Denver Field Office,
MARKWAYNE MULLIN, Secretary, U.S. Dept. of Homeland Security,
TODD LYONS, Acting ICE Director,
TODD BLANCHE, Acting Attorney General, and
DEPARTMENT OF HOMELAND SECURITY,

     Respondents.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 24, 2026, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

DATED at Denver, Colorado, this 24 day of June, 2026.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/P. Kline
Deputy Clerk